**Sherman Atlas Sylvester & Stamelman**

Anthony C. Valenziano
Partner

T. 973.302.9696   F. 973.302.9947
avalenziano@shermanatlas.com

August 8, 2025

**MEMO ENDORSED**

**VIA ECF**

Hon. Jessica G. L. Clarke, U.S.D.J.
United States District Court for the Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

**Re:** ***Constrafor, Inc. v. Flagstar Bank, N.A.*,**
**Civil Action No. 1:25-cv-4961**

***Constrafor, Inc. v. FDIC*,**
**Civil Action No. 1:24-cv-4402**

Dear Judge Clarke:

We represent Flagstar Bank, N.A. ("Flagstar") in the above-referenced matter. We write to respectfully request that Flagstar's time to respond to the Complaint in this matter be stayed pending adjudication of the pending motions in the related matter, *Constrafor, Inc. v. FDIC*, Civil Action No. 1:24-cv-4402 (the "Related Action").

As Your Honor knows, currently pending in the Related Action are two motions: (1) one filed by the Federal Deposit Insurance Corporation, as receiver for Signature Bank ("FDIC-R") to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and (2) one filed by Constrafor, Inc. ("Plaintiff") seeking to amend the Complaint in the Related Action to add Flagstar as a defendant. Both motions are fully briefed, with FDIC-R filing opposition to Plaintiff's motion to amend on the grounds that the amendment is futile. On June 3, 2025, Plaintiff filed a letter requesting permission to commence this action against Flagstar given its concerns relating to the statute of limitations. Your Honor entered an Order endorsing this request and, several days later, Plaintiff commenced this action by filing a Complaint that largely mirrors the proposed Amended Complaint in the Related Action.

Given that the pending motions in the Related Action will necessarily resolve whether Plaintiff needs to or can maintain this suit, Flagstar reached out to Plaintiff to request its consent to stay Flagstar's time to respond so as to avoid unnecessary motion practice in this action. Plaintiff refused to consent to that request.

As stated above, whether Plaintiff has cognizable claims against Flagstar will be determined as part of the motions pending in the Related Action. FDIC-R has moved to dismiss the Complaint and opposed the motion to amend on futility grounds, and the arguments that Flagstar would

assert in support of a motion to dismiss in this action would track with those already raised by FDIC-R. In the interest of judicial economy, and to avoid burdening the Court with unnecessary motion practice, Flagstar respectfully requests that its time to respond to the Complaint in this matter be stayed pending the decisions on the motions in the Related Action.

Thank you for your Honor's consideration of this matter.

Respectfully Submitted,

*Anthony C. Valenziano*

Anthony C. Valenziano

cc: All Counsel of Record (via ECF)

4918-9455-5740, v. 1

Application GRANTED. Flagstar's time to respond to the Complaint is hereby STAYED pending adjudication of the pending motion in the related matter, *Constrafor, Inc. v. FDIC,* 24-CV-4402. The Clerk of Court is respectfully directed to terminate ECF No. 12.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: August 11, 2025
       New York, New York