**Sherman Atlas Sylvester & Stamelman**

Anthony C. Valenziano
Partner

T. 973.302.9696   F. 973.302.9947
avalenziano@shermanatlas.com

September 16, 2025



**VIA ECF**

Hon. Jessica G. L. Clarke, U.S.D.J.
United States District Court for the Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

**Re:**   ***Constrafor, Inc. v. Flagstar Bank, N.A.*,**
          **Civil Action No. 1:25-cv-4961**

   ***Constrafor, Inc. v. FDIC*,**
          **Civil Action No. 1:24-cv-4402**

Dear Judge Clarke:

We represent Flagstar Bank, N.A. ("Flagstar") in the above-referenced matter. We write to respectfully request that Flagstar's time to respond to the Complaint in this matter be extended until September 30, 2025 so as to permit plaintiff Constrafor, Inc. an opportunity to voluntarily dismiss this matter based on Your Honor's recent Opinion and Order in the related matter, *Constrafor, Inc. v. FDIC*, Civil Action No. 1:24-cv-4402 (the "Related Action").

Your Honor previously granted Flagstar's request to stay its time to respond to the Complaint in this action until a decision on the pending motions in the Related Action given that Your Honor's decision on the motion to amend would necessarily resolve whether Plaintiff needs to or can maintain this suit. Now that Your Honor has denied the motion to amend and found, among other things, that the claims asserted against Flagstar in the proposed Amended Complaint would be futile, it is Flagstar's position that this action should be dismissed because the claims and allegations against Flagstar in this action mirror those that were stated in the now-rejected proposed Amended Complaint.

Today, Flagstar requested that Constrafor voluntarily dismiss this action in view of Your Honor's decision in the Related Action and its obligations under Federal Rule of Civil Procedure 11. We are awaiting a response. In order to provide Constrafor time to consider the request, Flagstar would respectfully request that its time to respond be extended until September 30, 2025.

Thank you for your Honor's consideration of this matter.

Respectfully Submitted,

Anthony C. Valenziano

cc:   All Counsel of Record (via ECF)

4926-3311-8313, v. 1

Application GRANTED. Flagstar's deadline to respond to the Complaint is hereby EXTENDED to September 30, 2025.

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

Dated: September 17, 2025
         New York, New York